# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0156
_____

Mark Williams,

    Appellant,

    v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela Dempsey, Judge.

February 10, 2026

Per Curiam.

    Affirmed.

Rowe, Ray, and Long, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Mark Williams, pro se, Appellant.

James Uthmeier, Attorney General, and Brandon Elyakim, Assistant Attorney General, Tallahassee, for Appellee.